118 F.3d 1580
 Sierra Club
v.
City of San Antonio; New Braunfels Utilities v. City of San
Antonio, San Antonio Water Systems, City of Hondo, Texas, on
its Behalf of all other Municipal, Industrial, Commercial,
Domestic and Livestock Pumpers in Medina, City of Uvalde,
Texas, on its Behalf of all other Municipal, Industrial,
Commercial, Domestic and Livestock Pumpers in Uvalde and
Kinney Counties, City of Leon Valley, Texas, on its Behalf
of all other Municipal, Domestic and
 NO. 96-50636
 United States Court of Appeals,
Fifth Circuit.
 June 20, 1997
 W.D.Tex., 112 F.3d 789
 
 1
 DENIALS OF REHEARING EN BANC.